```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
TENOR OPPORTUNITY MASTER FUND,
LTD., ARIA OPPORTUNITY FUND, LTD. &
PARSOON OPPORTUNITY FUND, LTD.,

                  Plaintiffs,            11-cv-06067 (KBF)

    v.

OXYGEN BIOTHERAPEUTICS, INC.,

                  Defendant.
-------------------------------------------------------------

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Oxygen Biotherapeutics, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       March 17, 2013

| GUSRAE KAPLAN NUSBAUM PLLC | HOGAN LOVELLS US LLP |
|---|---|
| By: _____ | By: _____ |
| Martin P. Russo, Esq. (MR-4130) | David Dunn, Esq. (DD-1823) |
| mrusso@gkblaw.com | david.dunn@hoganlovells.com |
| 120 Wall Street | 875 Third Avenue |
| New York, NY 10005 | New York, NY 10022 |
| Phone: 212-269-1400 | Phone: 212-918-3000 |
| Fax: 212-804-5449 | Fax: 212-918-3100 |
| Attorney for Defendant | Attorney for Plaintiffs |

**SO ORDERED:**

3/20/13    K. B. Forrest
                          _____
                               U.S.D.J.

\\NY - 038650/000002 - 2540984 v1